Arlene OTIS, Appellant,

v.

J.C. PENNEY CREDIT CARD SERVICES, a Delaware corporation; J.C. Penney Co., Inc., Sun Ray, MN; J.C. Penney Credit Regional Service Center, Bloomington, MN; Steve Petlewski, Manager, J.C. Penney—Sun Ray, MN, Appellees.

No. 00–1391.

United States Court of Appeals, Eighth Circuit.

Submitted: March 6, 2001.

Filed: March 9, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Arlene Otis appeals from the district court's[1] adverse grant of summary judgment in her lawsuit arising out of action taken on Otis's store credit account. Upon de novo review, *see Krentz v. Robertson Fire Protection Dist.*, 228 F.3d 897, 902 (8th Cir.2000), we affirm for the reasons explained by the district court at the conclusion of the summary judgment hearing and in the court's subsequent written order. We also conclude that the sanctions imposed by the district court were not an abuse of discretion. *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 405, 110 S.Ct. 2447, 110 L.Ed.2d 359 (1990) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.